IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARRELL CAMPBELL,       )
AIS # 214273,           )
                        )
          Plaintiff,    )
                        )
    v.                  )     CASE NO. 2:22-CV-710-WKW
                        )           [WO]
ATTORNEY JOE M. REED, in his )
official capacity, and JOE M. REED )
& ASSOCIATES, LLC,      )
                        )
          Defendants.   )

## ORDER

On April 25, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 25th day of May, 2023.

_____
/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE